1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   NICOLAS COSTILLO

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,    )
12                              )   Cr.S. 10-318-JAM
              Plaintiff,        )
13                              )   **STIPULATION AND ORDER**
         v.                     )
14                              )   DATE: September 21, 2010
   NICOLAS COSTILLO,            )   TIME: 9:30 a.m.
15                              )   JUDGE: Hon. John A. Mendez
              Defendants.       )
16 _____

17

18    It is hereby stipulated and agreed to between the United States of

19 America through MARY GRAD, Assistant U.S. Attorney, and defendant,

20 NICOLAS COSTILLO, by and through his counsel, BENJAMIN GALLOWAY,

21 Assistant Federal Defender, that the status conference set for Tuesday,

22 August 24, 2010, be continued to Tuesday, September 21, 2010, at 9:30

23 a.m..

24    The reason for this continuance is to allow defense counsel

25 additional time to receive and review discovery with the defendant, to

26 examine possible defenses and to continue investigating the facts of

27 the case.

28    It is further stipulated that the time period from the date of this

stipulation through and including the date of the new status conference hearing, September 21, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: August 23, 2010           Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 NICOLAS COSTILLO


DATED: August 23, 2010           BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 MARY GRAD
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 21, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: August 23, 2010
                                 /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 United States District Judge

2