**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**

**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Nicolas Costilla**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number Cr.S. 10-318-JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE HEARING |
| NICOLAS COSTILLA, | |
| Defendant. | |
| _____/ | |

The parties, by and through their respective counsel, hereby stipulate and agree to vacate the hearing date of November 16, 2010, at 9:00 a.m. and reset it for December 7, 2010, at 9:30 a.m. in Courtroom Number 6.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from November 16, 2010, to December 7, 2010, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv).

Respectfully submitted

Dated:  November 30, 2010      /s/ Vittoria M. Bossi_____
                                Attorney for Nicolas Costilla

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  November 30, 2010          /s/  Paul Hemesath
                                   Assistant United States Attorney
                                   (Signed by Vittoria Bossi per email approval)

## ORDER

**IT IS HEREBY ORDERED:** That the hearing set for November 16, 2010, 2009, is vacated and that the hearing is continued to December 7, 2010, at 9:30 a.m. in Courtroom Number 6.

It is further ordered that the time under the Speedy Trial Act should be excluded from November 16, 2010, to December 7, 2010, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv).

Dated: 11/30/2010                  /s/ John A. Mendez
                                   HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com