BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESETH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile: (916) 448-2900

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br>NICOLAS COSTILLA,            )<br>                             )<br>          Defendant.         )<br>_____) | No. 2:10-CR-00318-JAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Nicolas Costilla, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Nicolas Costilla interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   A .357 caliber, Smith & Wesson revolver, Model 28 (Serial Number N22303).

2.  The above-listed property constitutes a firearm involved or used in the knowing commission of a violation of 18 U.S.C. § 922(g)(9).

1        3.   Pursuant to Rule 32.2(b)(3), the Attorney General (or a
2   designee) shall be authorized to seize the above-listed property.
3   The aforementioned property shall be seized and held by the Bureau
4   of Alcohol, Tobacco, Firearms and Explosives, in its secure custody
5   and control.
6        4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.
7   § 853(n), and Local Rule 171, the United States shall publish notice
8   of the order of forfeiture.  Notice of this Order and notice of the
9   Bureau of Alcohol, Tobacco, Firearms and Explosives' (or a
10  designee's) intent to dispose of the property in such manner as the
11  Attorney General may direct shall be posted for at least 30
12  consecutive days on the official internet government forfeiture site
13  www.forfeiture.gov.   The United States may also, to the extent
14  practicable, provide direct written notice to any person known to
15  have alleged an interest in the property that is the subject of the
16  order of forfeiture as a substitute for published notice as to those
17  persons so notified.
18       b.   This notice shall state that any person, other than the
19  defendant, asserting a legal interest in the above-listed property,
20  must file a petition with the Court within sixty (60) days from the
21  first day of publication of the Notice of Forfeiture posted on the
22  official government forfeiture site, or within thirty (30) days from
23  receipt of direct written notice, whichever is earlier.
24       5.   If a petition is timely filed, upon adjudication of all
25  third-party interests, if any, this Court will enter a Final Order
26  ///
27  ///
28  ///

of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 30th day of December, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge