```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   No. 2:10-CR-00318-JAM
                                  )
12           Plaintiff,           )   FINAL ORDER OF FORFEITURE
                                  )
13      v.                        )
                                  )
14  NICOLAS COSTILLA,             )
                                  )
15           Defendant.           )
                                  )
16
17      WHEREAS, on December 30, 2010, this Court entered a Preliminary
18  Order of Forfeiture pursuant to the provisions of 18 U.S.C. §
19  924(d)(1) and 28 U.S.C. § 2461(c) based upon the plea agreement
20  entered into between plaintiff and defendant Nicolas Costilla
21  forfeiting to the United States the following property:
22          A .357 caliber, Smith & Wesson revolver, Model 28 (Serial
            Number N223037).
23
24      AND WHEREAS, beginning on January 23, 2011, for at least 30
25  consecutive days, the United States published notice of the Court's
26  Order of Forfeiture on the official internet government forfeiture
27  site www.forfeiture.gov.  Said published notice advised all third
28  parties of their right to petition the Court within sixty (60) days
```

1 from the first day of publication of the notice for a hearing to
2 adjudicate the validity of their alleged legal interest in the
3 forfeited property;
4     AND WHEREAS, the Court has been advised that no third party has
5 filed a claim to the subject property, and the time for any person
6 or entity to file a claim has expired.
7     Accordingly, it is hereby ORDERED and ADJUDGED:
8     1.  A Final Order of Forfeiture shall be entered forfeiting to
9 the United States of America all right, title, and interest in the
10 above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28
11 U.S.C. § 2461(c), to be disposed of according to law, including all
12 right, title, and interest of Nicolas Costilla.
13    2.  All right, title, and interest in the above-listed property
14 shall vest solely in the name of the United States of America.
15    3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives
16 shall maintain custody of and control over the subject property
17 until it is disposed of according to law.
18    SO ORDERED this  19th  day of April, 2011.

                                /s/John A. Mendez
                                Honorable JOHN A. MENDEZ
                                United States District Judge